# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**345**
**CA 15-00520**
PRESENT: SMITH, J.P., DEJOSEPH, NEMOYER, TROUTMAN, AND SCUDDER, JJ.

WILLIAM WEBER, ET AL., PLAINTIFFS,

V                                                        ORDER

ERIE COUNTY MEDICAL CENTER CORPORATION,
DEFENDANT.
----------------------------------------
PAUL WILLIAM BELTZ, P.C., APPELLANT,

ROBERT B. NICHOLS, ESQ., RESPONDENT.

---

PAUL WILLIAM BELTZ, P.C., BUFFALO (WILLIAM QUINLAN OF COUNSEL), FOR APPELLANT.

HANCOCK ESTABROOK, LLP, SYRACUSE (ALAN J. PIERCE OF COUNSEL), FOR RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (Christopher J. Burns, J.), entered December 8, 2014.  The order divided attorney's fees 15% to Paul William Beltz, P.C., and 85% to Robert B. Nichols, Esq.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  April 29, 2016                      Frances E. Cafarell
                                              Clerk of the Court